# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PUNXSUTAWNEY AREA SCHOOL DISTRICT, | : | No. 427 WAL 2019 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BROADWING TIMBER, LLC, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.